UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARTIN MARSHALL,

    Petitioner,

v.

Scott Russell.

    Respondent.

CASE NO. C14-5346 RBL-KLS

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Clerk's Office is directed transfer this petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3 (a) and to close the file.

3. The Clerk is directed to send a copy of this Order to petitioner, and to the Hon. Karen L. Strombom.

Dated this 15th day of December, 2014.

                                                    /s/ Ronald B. Leighton
                                                  RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE

ORDER - 1